Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MELVIN LEON OSBY, SR.

IT IS SO ORDERED
Judge Edward J. Davila
9/16/2013

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MELVIN LEON OSBY, SR., <br><br> Plaintiff, <br> v. <br><br> LAW OFFICE OF RORY W. CLARK, A PROFESSIONAL LAW CORPORATION, a California corporation; and RORY WILLIAM CLARK, individually and in his official capacity, <br><br> Defendants. | Case No. 5:13-CV-02465-EJD-PSG <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, MELVIN LEON OSBY, SR., by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, MELVIN LEON OSBY, SR., hereby dismisses, with prejudice, all claims made by him against Defendants, LAW OFFICE OF RORY W. CLARK, A PROFESSIONAL LAW CORPORATION, and RORY WILLIAM CLARK, in his Complaint filed herein on May 31, 2013. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

The Clerk shall close this file.

Dated: September 13, 2013

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
MELVIN LEON OSBY, SR.