*IT IS SO ORDERED*
/s/ Judge Edward J. Davila

9/16/2013

| | |
|---|---|
| 1 | Fred W. Schwinn (SBN 225575) |
| 2 | CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014 |
| 3 | San Jose, California  95113-2418<br>Telephone Number: (408) 294-6100 |
| 4 | Facsimile Number: (408) 294-6190<br>Email Address: fred.schwinn@sjconsumerlaw.com |
| 5 | |
| 6 | Attorney for Plaintiff<br>MELVIN LEON OSBY, SR. |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MELVIN LEON OSBY, SR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LAW OFFICE OF RORY W. CLARK, A PROFESSIONAL LAW CORPORATION, a California corporation; and RORY WILLIAM CLARK, individually and in his official capacity,<br><br>　　　　　Defendants. | Case No. 5:13-CV-02465-EJD-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　COMES NOW the Plaintiff, MELVIN LEON OSBY, SR., by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, MELVIN LEON OSBY, SR., hereby dismisses, with prejudice, all claims made by him against Defendants, LAW OFFICE OF RORY W. CLARK, A PROFESSIONAL LAW CORPORATION, and RORY WILLIAM CLARK, in his Complaint filed herein on May 31, 2013.  Plaintiff further notifies the Court that his dispute with Defendants has been settled.

　　　The Clerk shall close this file.

Dated:  September 13, 2013　　　　　　　　　　　　　/s/ Fred W. Schwinn  
　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.  
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff  
　　　　　　　　　　　　　　　　　　　　　　　　　　MELVIN LEON OSBY, SR.